**Order entered December 3, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00729-CV

**POSITIVE TRANSPORTATION LLC, THOMAS WHALEY AND THOMAS HATTON, JR., Appellants**

**V.**

**TTS, LLC, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-09409**

### ORDER

Before the Court is appellee's December 1, 2021 unopposed motion for a ten-day extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 10, 2021.

We note appellants' brief and a portion of the appellate record were filed under seal, pursuant to a temporary sealing order. We further note the sealing order was to remain in effect pending an October 1, 2021 hearing on a revised motion to seal. Nothing before the Court, however, reflects the outcome of that

hearing.  Accordingly, we **ORDER** the parties to file, no later than December 13, 2021, a supplemental clerk's record containing the order on the revised motion to seal or, if no order has been signed, a status report.

/s/    CRAIG SMITH
JUSTICE